Fill in this information to identify the case:

Debtor name: **LKLEE, LLC.**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ALABAMA**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **NARCOG** <br> 216 Jackson St SE <br> Decatur, AL 35601 | | 4504 Indian Hills Rd SE <br> Decatur, AL 35603 <br><br> 401 14th St SE <br> Decatur, AL 35601 | | $100,000.00 | $0.00 | $100,000.00 |
| **Peoples Bank of North Alabama/SBA** <br> 811 Second Avenue, SW <br> Cullman, AL 35055 | | 401 14th St SE <br> Decatur, AL 35601 <br><br> 131 Abrams Dr Lot C <br> Montgomery, AL 36117 <br><br> 151 Abrams Dr Lot D <br> Montgomery, AL 36117 <br><br> 6820 Oats Dr Lot A & B | | $2,650,000.00 | $2,549,000.00 | $101,000.00 |
| **Renisant Bank** <br> PO Box 2255 <br> Decatur, AL 35609 | | 4504 Indian Hills Rd SE <br> Decatur, AL 35603 | | $138,000.00 | $0.00 | $138,000.00 |
| **SBA Disaster Center** <br> 14925 Kingsport Rd <br> Fort Worth, TX 76155 | | all except indian hills and not dothan | | $1,563,000.00 | $0.00 | $1,563,000.00 |
| **Skate Castle Decatur & James A Phillips** <br> 401 14th Ave SE <br> Decatur, AL 35601 | | 4504 Indian Hills Rd SE <br> Decatur, AL 35603 | | $250,000.00 | $0.00 | $250,000.00 |