IN THE UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DISTRICT

| | |
|---|---|
| In the Matter of: | CASE NO. 19-83464-CRJ11 |
| LKLEE, LLC. | |
| EIN: XX-XXX0630 | CHAPTER 11 |
| Debtor. | |

## APPLICATION BY DEBTOR-IN-POSSESSION FOR APPROVAL OF EMPLOYMENT OF BANKRUPTCY COUNSEL

COMES NOW, LKLEE, LLC., Debtor and Debtor-in-Possession ("Debtor"), and hereby files this application for approval of employment of John Zingarelli as counsel, and says as follows:

1. The Debtor filed a petition for relief under Chapter 11 of Title 11 on November 21, 2019.
2. Debtor is the duly qualified and acting debtor-in-possession in this case pursuant to 11 U.S.C. 1107 and 1108.
3. Debtor, as debtor-in-possession, desires to employ as counsel, John Zingarelli, who is duly admitted to practice before this Court.
4. In the opinion of the Debtor, the employment of John Zingarelli is in the best interest of the estate for the reason that he has considerable experience in matters of this character, and the Debtor believes that this attorney is well-qualified to act as counsel to represent them as debtor-in-possession in this proceeding.
5. The professional services which John Zingarelli is to render include:
   (a) To give Debtor legal advice with respect to its powers and duties as debtor-in-possession;
   (b) To take necessary action against various creditors, entities, governmental agencies, etc., to enforce the stay and protect the interests of the Debtor;
   (c) To prepare on behalf of or to assist the Debtor in preparing, as debtor-in-possession, all necessary applications, answers, orders, reports and legal papers

including the formulation of a disclosure statement and plan of reorganization; and

    (d)    To perform all other legal services for Debtor, as debtor-in-possession, which may be necessary herein.

6. To the best of the Debtor's knowledge, John Zingarelli has no connection with the creditors, or any other party in interest or the respective attorneys and each qualifies as a "disinterested person" as that term is defined in Section 101 (14) of the Bankruptcy Code.

7. Debtor desires to employ John Zingarelli as counsel with an effective date of November 21, 2019 for the purpose of representing the Debtor as debtor-in-possession in the bankruptcy case and any and all proceedings arising in or related thereto and such other representation and litigation as is necessary foer the preservation of the rights, properties and assets for the Debtor as debtor-in-possession, subject to the approval of this Court, are that John Zingarelli shall represent the Debtor at his standard hourly rate of $275.00 per hour. The hourly rate is subject to periodic adjustments to reflect economic and other conditions.

WHEREFORE, PREMISES CONSIDERED, your applicant prays that he be authorized to employ and appoint John Zingarelli as counsel under the arrangment as hereinabove described, to represent them as debtor-in-possession in this case under Chapter 11 of Title 11 of the United Sates Code, with the effective date as provided herein and that this Honorable Court enter its order approving said employment and the terms of payment thereof as described in the preceding paragraphs of this application, and that the Debtor has such other and further relief as is just and proper.

Respectfully submitted this 5th day of December, 2019.

Case 19-83464-CRJ11    Doc 7    Filed 12/05/19    Entered 12/05/19 16:37:08    Desc Main
Document      Page 2 of 3

_____
Lisa Lee
Managing Member
LKLEE, LLC

_____
John Zingarelli

Proposed Attorney for Debtor
PO Box 2145
Decatur, AL 35602
256-350-1264

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of December, 2019, I served a copy of the foregoing Application by Debtor-In-Possession for the Approval of Employment of Bankruptcy Counsel on the parties listed below, and on the clerks certified matrix, by depositing the same in the United States Mail, postage prepaid and properly addressed, via electronic mail at the e-mail address below, unless the party being served is a registered participant in the CM/ECF System for the United States Bankruptcy Court for the Northern District of Alabama, service has been made by a "Notice of Electronic Filing" pursuant to FRBP 9036 in accordance with subparagraph II.B.4. of the Court's Administrative Procedures as indicated below:

**Notice will be electronically mailed to:**

Richard Blythe
Richard_Blythe@alnba.uscourts.gov, courtmaildec@alnba.uscourts.gov

**Notice will not be electrically mailed to:**
MAILING MATRIX IS SERVED BY U.S. MAIL

_____
John Zingarelli