**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

In re:

| | | |
|---|---|---|
| } | Case No. | 19-83464-CRJ11 |
| } | | |
| } | Chapter | 11 |
| } | | |

LKLEE, LLC

Debtor.

## LIMITED OBJECTION TO THE DEBTOR'S EMERGENCY MOTION FOR USE OF CASH COLLATERAL

**COMES NOW** PEOPLES BANK OF ALABAMA, creditor and party in interest in the above referenced case, and makes this limited Objection to the DEBTOR'S EMERGENCY MOTION FOR USE OF CASH COLLATERAL (the "Motion"), filed by Debtor on December 5, 2019, on the following grounds:

1. Sufficient time has not accrued for the Court to conduct a Final Hearing on the Motion pursuant to Federal Rules of Bankruptcy Procedure Rule 4001(b).

2. Movant requires additional information including, but not limited to, Debtor's current Accounts Receivables aging and account statements in order to assess the impact of the Motion and whether Adequate Protection is being provided to Movant.

3. As of the date of filing of the petition, Debtor owed approximately $2,937,000.00 under that October 20, 2017 Promissory Note

4. Pursuant to that October 20, 2017 Loan and Security Agreement and that UCC Financing Statement filed with the Alabama Secretary of State on October 31, 2017, Movant holds a first security interest in Debtor's accounts, contract rights, inventory, and all proceeds thereof.

1

5.      Any use of Movant's Cash Collateral by Debtor should be expressly conditioned upon the granting to Movant of a first priority, perfected security interest in all of the Debtor's future accounts, accounts receivable, inventory, and the proceeds therof, to the full extent that such use of Movant's Cash Collateral results in a decrease in the value of Movant's interest in such property.

6.      Movant objects to the granting to any other creditor of a security interest in Debtor's pre-petition accounts or proceeds superior to Movant's security interest.

7.      Movant reserves its rights to assert further objections to the Motion at or prior to the Final Hearing on the Motion.

/s/ Jonathan E. Raulston
Jonathan E. Raulston (RAU001)
Attorney for Movant

OF COUNSEL:
ENGEL, HAIRSTON & JOHANSON, P.C.
P.O. Box 11405
Birmingham, AL 35202
(205) 328-4600

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing instrument has been served via this Court's ECF/CM Noticing System on all parties receiving electronic notices in this bankruptcy case on this the 10th day of December, 2019.

/s/ Jonathan E. Raulston

2