UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

RE: LKLEE, LLC.  CASE NUMBER
EIN: xxxxx0630  19-83464-CRJ-11

DEBTOR(S)

## MOTION TO WITHDRAW APPLICATION TO EMPLOY

**COMES NOW** John Zingarelli, the prospective attorney for the Debtor and withdraws his Application to Employ (Doc. # 7), which was entered on December 5, 2019, and states:

1. The undersigned attorney has been unable to communicate effectively with the debtor's representative, and this has hampered him in his attempt to comply with the court's directions for orders, amendments to motions, and accounting requirements, which were imposed at the hearing of December 11, 2019. The debtor's representative was present at the hearing, and the undersigned has reviewed and explained these requirements to debtor's representative by both email and letter, and has received no response.

2. Pending debtor's acquisition of new counsel, the undersigned is willing to work on those matters and prepare the orders and amended motions referenced, but is not able to do so without the information that must necessarily be furnished by the debtor through its representative.

3. To date the undersigned has not been appointed counsel by the court and has refrained from taking a fee for pre or post petition services pending direction from the court. Debtor has only partly complied with the agreed payment of fees by delivering to counsel $1,017.00 for payment of the court's filing fee, and an initial $1,783.00 toward attorneys fees, which later amount is presently being held in trust pending directions from the court.

/s/ John Zingarelli
John Zingarelli
Attorney for Debtor(s)
PO Box 2145
Decatur, AL 35602
(256) 350-1264

# CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2019, I served a copy of the Motion to Withdraw Application to Employ, on those as indicated below either by first class mail, via facsimile, or electronic mail:

__X__ Clerk's Certified Matrix
____ Creditors directly concerned in Motion or Matter:

_____
_____
_____

__X__ Debtor
____ Trustee
____ IRS
____ Estate Analyst
____ US Attorney
____ Interested Parties

_____
John Zingarelli, Attorney for Debtor(s)