Case # 19-83464

# LKLEE, LLC
## (Chapter 11)

I cannot use the attorney who appeared for me last week.

I moved home, to Decatur, 2 years ago, after having 4 other Centers in:

Auburn (Battles Skate Center)
84-04
Columbus (Lambert Skate Cntr)
Ga
89-03
Montgomery (Fun Zone)
01-08 (destroyed by F-5 Tornado)

Dothan (Fun Zone)
02-16

~~Said~~ I used Collier Espy from 1998 thru last year ('18) for all legal matters

I need an extension for the Dec. 19, 2019 hearing to allow time to either get Collier Espy (he will be back in office on Jan 3) or Tazewell Shepard. I worked for Taze in High School & College (76-80).

Thank you
Lisa Lee
334-332-4886
— lisa@skatecastledecatur.com
— lisam@funzoneskatecenter.com